*FILED IN OPEN COURT*
*2/14/08 KJK*

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JONATHON AMATO

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **08-37M**

I, **JONATHON AMATO**, charged in a complaint pending in this District with **KNOWINGLY RECEIVING AND POSSESSING CHILD PORNOGRAPHY**, in violation of Title **18**, U.S.C., **2252A(a)(2) and (5)(B)** having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_____
Defendant

_____
Counsel for Defendant

February 14, 2008